## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | ) )  ) Case No. 15-12216 ) |
| TERRY P. STEWART | ) ) Chapter 7 |
| Debtor. | ) |

### MOTION FOR ADMISSION *PRO HAC VICE*

William H. Hoch, of the firm Crowe & Dunlevy, P.C. ("Movant"), hereby moves, pursuant to Local Bankruptcy Rule 9010(G) and LCvR 83.2, for the admission pro hac vice of Richard M. Gaal, counsel for SE Property Holdings, LLC, in this proceeding. In support of this Motion, Movant states:

1. Mr. Gaal is a member of McDowell Knight Roedder & Sledge, LLC, in Mobile, Alabama. Mr. Gaal was admitted to practice law in the State of Alabama in 1997. Mr. Gaal is admitted to the U.S. District Court for the Southern District of Alabama, among other courts. Mr. Gaal is familiar with and is prepared to comply in all respects with the most recent Local Rules of this Court, is not subject to any disciplinary action, nor has he ever been disciplined for unethical or improper conduct by any court before which he has been admitted to practice and agrees to and shall observe all applicable local rules and the dates fixed for motions or any other proceedings scheduled in this case. A copy of Mr. Gaal's Request for Admission Pro Hac Vice is attached hereto as Exhibit "1".

2. The undersigned has reviewed the local rules of this Court and has paid or is prepared to pay the $50.00 fee to the Clerk if admitted *pro hac vice*.

3. Movant has been retained as resident counsel, is a member in good standing of this Court, and maintains a law office in this judicial district.

WHEREFORE, Movant respectfully requests that this Court enter an Order granting this Motion, admitting Richard Gaal pro hac vice in this matter..

Dated: June 29, 2015

Respectfully submitted,

/s/William H. Hoch
William H. Hoch, OBA #15788

-Of the Firm-

CROWE & DUNLEVY, P.C.
324 N. Robinson, Ste. 100
Oklahoma City, OK 73102
(405) 235-7700
(405) 239-6651 (Facsimile)
will.hoch@crowedunlevy.com

**ATTORNEY FOR SE PROPERTY HOLDINGS, LLC**

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on June 29, 2015, I electronically transmitted the above and foregoing instrument for filing and for transmittal of a Notice of Electronic Filing through the CM/ECF system to all ECF registrants in this case as follows:

U.S. Trustee, Ustpregion20.oc.ecf@usdoj.gov

John Philip Browning, jbrowning@burr.com
Counsel for NationStar Mortgage, LLC and Aurora Loan Services, LLC

Richard M. Gaal, rgaal@mcdowellknight.com
Counsel for SE Property Holdings, LLC

Kasee Sparks Heisterhagen, ksparks@burr.com
Counsel for NationStar Mortgage, LLC and Aurora Loan Services, LLC

E. R. March, III, erm@johnstoneadams.com
Counsel for Debtor

Mindi C. Robinson, mcr1@mccallaraymer.com
Counsel for NationStar Mortgage, LLC and Aurora Loan Services, LLC

Ruston C. Welch, RWelch@WMclf.com
Counsel for Debtor

    /s/William H. Hoch
    William H. Hoch